Page 1

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Strong, Mark A | Case Number: 08 B 16184 |
| Strong, Lisa | Judge: Wedoff, Eugene R |
| Printed: 02/24/09 | Filed: 6/23/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 8, 2009
Confirmed: August 21, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,375.00 | |
| Secured: | | 1,237.16 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,851.50 |
| Trustee Fee: | | 286.34 |
| Other Funds: | | 0.00 |
| Totals: | 4,375.00 | 4,375.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,851.50 | 2,851.50 |
| 2. | Nissan Infiniti LT | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | HSBC Mortgage Corp | Secured | 0.00 | 0.00 |
| 5. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 6. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 7. | Triad Financial Services | Secured | 0.00 | 0.00 |
| 8. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 9. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 10. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 11. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 12. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 13. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 14. | Triad Financial Services | Secured | 6,656.56 | 500.00 |
| 15. | Countrywide Home Loans Inc. | Secured | 34,949.92 | 711.94 |
| 16. | HSBC Mortgage Corp | Secured | 1,238.04 | 25.22 |
| 17. | Illinois Dept of Revenue | Priority | 3,080.65 | 0.00 |
| 18. | Internal Revenue Service | Priority | 30,713.43 | 0.00 |
| 19. | RoundUp Funding LLC | Unsecured | 1,835.60 | 0.00 |
| 20. | Commonwealth Edison | Unsecured | 696.09 | 0.00 |
| 21. | Peoples Energy Corp | Unsecured | 2,310.35 | 0.00 |
| 22. | American Express | Unsecured | 17.00 | 0.00 |
| 23. | Internal Revenue Service | Unsecured | 455.52 | 0.00 |
| 24. | Illinois Dept of Revenue | Unsecured | 403.10 | 0.00 |
| 25. | City Of Chicago | Secured | | No Claim Filed |
| 26. | City Of Chicago | Secured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Strong, Mark A | Case Number: 08 B 16184 |
| --- | --- | --- |
| | Strong, Lisa | Judge: Wedoff, Eugene R |
| | Printed: 02/24/09 | Filed: 6/23/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 27. | City of Country Club Hills | Secured | | No Claim Filed |
| 28. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 29. | Option One Mortgage Corp | Secured | | No Claim Filed |
| 30. | Village of South Holland | Secured | | No Claim Filed |
| 31. | Option One Mortgage Corp | Secured | | No Claim Filed |
| 32. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 33. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 34. | Account Recovery Service | Unsecured | | No Claim Filed |
| 35. | Anderson Crenshaw Asso | Unsecured | | No Claim Filed |
| 36. | Chase Automotive Finance | Unsecured | | No Claim Filed |
| 37. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 38. | Village of South Holland | Unsecured | | No Claim Filed |
| 39. | Nicor Gas | Unsecured | | No Claim Filed |
| 40. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 41. | City Of Chicago | Unsecured | | No Claim Filed |
| 42. | HSBC | Unsecured | | No Claim Filed |
| 43. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 44. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 45. | HSBC | Unsecured | | No Claim Filed |
| 46. | City of Country Club Hills | Unsecured | | No Claim Filed |
| | | | $ 85,207.76 | $ 4,088.66 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 6.5% | 155.99 |
| 6.6% | 130.35 |
| | $ 286.34 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: